IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>        Plaintiff,                   )<br>                                     )<br>    vs.                              )<br>                                     )<br>STEVEN ELMS,                         )<br>                                     )<br>        Defendant.                   )<br>_____) | No. 1:05-CR-00377 OWW<br><br>ORDER OF RELEASE |

    The above named defendant having been sentenced to Time Served on May 5, 2008,

    IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: May 5, 2008_____

                                        /s/ OLIVER W. WANGER
                                        HONORABLE OLIVER W. WANGER
                                        U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1